**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                          No. 4:14CR00010-07 JLH

HAROLD BLAKELY ALLEN, JR.                                                                      DEFENDANT

### ORDER

The sentencing hearing for Harold Blakely Allen, Jr., has been set for Thursday, November 5, 2015. If counsel intends to file a sentencing memorandum, it must be submitted no later than Friday, October 30, 2015. Any reply briefs must be filed by close of business on November 4, 2015. Counsel are encouraged to review *United States v. Kosmes*, 792 F.3rd 973 (8th Cir. 2015).

IT IS SO ORDERED this 16th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE